1  Michael Kind, Esq.
2  Nevada Bar No. 13903
   **KAZEROUNI LAW GROUP, APC**
3  6069 S. Fort Apache Rd., Suite 100
4  Las Vegas, NV 89148
   Phone: (800) 400-6808 x7
5  mkind@kazlg.com

6
   David H. Krieger, Esq.
7  Nevada Bar No. 9086
   **HAINES & KRIEGER, LLC**
8  8985 S. Eastern Avenue, Suite 350
9  Henderson, NV 89123
   Phone: (702) 880-5554
10 dkrieger@hainesandkrieger.com
11 *Attorneys for Plaintiff Robert E. Strahl*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Robert E. Strahl, | Case No. 2:17-cv-02981-JAD-PAL |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Experian Information Solutions, Inc., | |
| Defendant. | |

**NOTICE**

The dispute between Plaintiff Robert E. Strahl ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") has been resolved. Plaintiff

anticipates filing dismissal documents as to Plaintiff's claims against Defendant with prejudice within 60 days—on or before **July 2, 2018**.

DATED this 3rd day of May 2018.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148
    *Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **July 2, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: May 8, 2018

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 3, 2018, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
      Michael Kind, Esq.
      6069 S. Fort Apache Rd., Ste. 100
      Las Vegas, NV 89148